UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 SEP -9 PM 4: 12

CLERK

BY \_\_\_Uw\_\_\_
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | (26 U.S.C. § 7201) |
| | ) | |
| CHRISTOPHER PARKER | ) | 2:20-cr-80-1 |

## INFORMATION

The United States Attorney charges:

1. At all times material to this Information, CHRISTOPHER PARKER was the sole proprietor of Christopher M. Parker, LLC, a building restoration business in Guilford, Vermont.

2. From 2014 through 2018, CHRISTOPHER PARKER's business generated approximately $3.35 million in gross revenues.

3. CHRISTOPHER PARKER reported or caused to be reported to the Internal Revenue Service ("IRS") only approximately $2.5 million in gross revenues for that period. CHRISTOPHER PARKER underreported his gross revenue by, among other things, preparing and causing to be prepared, and signing and causing to be signed, false and fraudulent personal income tax returns filed with the IRS.

4. CHRISTOPHER PARKER thereby avoided paying to the IRS approximately $281,000 in income taxes that were due and owing for the years 2014 through 2018.

## COUNT ONE

5. The allegations set forth in paragraphs 1 through 4 of this Information are re-alleged and incorporated by reference.

6. In or about February 2015, in the District of Vermont and elsewhere, CHRISTOPHER PARKER, a resident of Vermont, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2014, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent personal income tax return, Form 1040, which was submitted to the Internal Revenue Service. On that tax return, CHRISTOPHER PARKER reported and caused to be reported that his gross receipts or sales for the calendar year 2014 totaled $688,597, his taxable income for the calendar year 2014 was $12,864 and the amount of tax due and owing was $3,050. In fact, as CHRISTOPHER PARKER knew, his taxable income for the calendar year 2014 was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

(26 U.S.C. § 7201)

CHRISTINA E. NOLAN (SJW)
United States Attorney
Burlington, Vermont
September 9, 2020