U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 FEB -9  PM 2: 41

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff )<br> )<br>    v. )<br> )<br>CHRISTOPHER PARKER, )<br>    Defendant ) | Case No. 2:20-cr-080-1 |

### DEFENDANT'S STATEMENT AS TO DELIVERY, REVIEW AND UNDERSTANDING OF THE PRESENTENCE REPORT

Defendant Christopher Parker hereby acknowledges that he has reviewed and understands the presentence report in this matter prepared on February 2, 2021.

Dated:    February 8th, 2021

_____
Christopher Parker

gravel &
   shea
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369